No. 93–7598.  MCCALL v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 93–7600.  SMITH v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–7601.  LATIMORE v. WIDSETH.  C. A. 8th Cir.  Certiorari denied.

No. 93–7608.  HANSERD v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 93–7614.  HARRILL v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–7621.  COFIELD v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–817.  BOEING CO. v. UNITED STATES EX REL. KELLY. C. A. 9th Cir.  Motions of Washington Legal Foundation, Rockwell International Corp, et al., Blue Cross & Blue Shield Association, Hughes Aircraft Co. et al., and Aerospace Industries Association of America for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 93–860.  IVY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF IVY, DECEASED, ET AL. v. DIAMOND SHAMROCK CHEMICALS CO. ET AL.; and
No. 93–1035.  HARTMAN ET AL. v. DIAMOND SHAMROCK CHEMICALS CO. ET AL.  C. A. 2d Cir.  Certiorari denied.  JUSTICE STEVENS took no part in the consideration or decision of these petitions.

No. 93–963.  REICHLIN ET AL. v. ENWEREMADU ET AL.  C. A. 4th Cir.  Motion of respondents for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 93–1014.  REGENTS OF THE UNIVERSITY OF CALIFORNIA v. GENENTECH, INC.  C. A. Fed. Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.